United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| City of San Antonio,<br>    Plaintiff,<br><br>    v.<br><br>United States Department of Homeland Security; Chad F. Wolf, in his official capacity as Acting Secretary of the United States Department of Homeland Security; Chad Mizelle, in his official capacity as Senior Official Performing the Duties of the General Counsel for the United States Department of Homeland Security, Warren R. Kaufman, in his official capacity as Representative and Delegate of the Office of the General Counsel for the United States Department of Homeland Security; United States Immigration and Customs Enforcement; Matthew T. Albence in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director of United States Immigration and customs Enforcement; and United States of America,<br>    Defendants. | No. 5:20-CV-00505-OLG |

**Joint Status Report**

The parties are continuing to work together to complete agreed upon discovery pursuant to a settlement agreement that allows for non-party discovery under the Texas Rules of Civil Procedure, including an oral deposition and depositions on written questions. The parties conducted an oral deposition on January 13, 2021. The parties continue to negotiate depositions on written questions and anticipate finalizing those within 30 days of this report. As a result, the parties jointly request that this Court continue to hold the case in abeyance while they complete the agreed upon discovery.  Following the completion of this discovery, Plaintiff will file a Notice of Voluntary Dismissal, pursuant to the terms of the settlement agreement.  The parties agree to

file a fourth joint status report with this Court by March 5, 2021, if the issues have not been resolved by the date.

         Respectfully submitted,

         Gregg N. Sofer
         United States Attorney

By: */s/ Lacy L. McAndrew*
   Lacy L. McAndrew
   Assistant United States Attorney
   Florida Bar No. 45507
   601 N.W. Loop 410, Suite 600
   San Antonio, Texas 78216
   (210) 384-7340 (phone)
   (210) 384-7312 (fax)
   lacy.mcandrew@usdoj.gov

   Attorneys for Defendants


SCOTT DOUGLASS & McCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300 (phone)
(512) 495-6399 (fax)

By: */s/Kennon L. Wooten*\*
Kennon L. Wooten
State Bar No. 24046624
kwooten@scottdoug.com
Steve McConnico
State Bar No. 13450300
smcconnico@scottdoug.com
William G. Cochran
State Bar No. 24092263
wcochran@scottdoug.com

Attorneys for Plaintiff
*\*signed with permission*

**Certificate of Service**

I certify that on January 29, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☒   The CM/ECF system will send notification to the following CM/ECF participant(s):

> Steve McConnico (smcconnico@scottdoug.com)
> Kennon L. Wooten (kwooten@scottdoug.com)
> William G. Cochran (wcochran@scottdoug.com)

          */s/ Lacy L. McAndrew*
          Lacy L. McAndrew
          Assistant United States Attorney